**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**NASIR BORISOV,**

    **Petititoner,**

v.                                                                                  **Civ. No. 25-1315 JB/GJF**

**DORA CASTRO, Warden, Otero**
**Processing Center, et al.,**

    **Respondents.**

## ORDER GRANTING UNOPPOSED MOTION TO PERMIT LATE FILING OF RESPONSE

On February 8, 2026, Petitioner Nazir Borisov filed a *Motion to Permit Late Filing of Reply to Motion to Dismiss* (Dkt. No. 16). Petitioner requested that the Court accept his response to Respondents' motion to dismiss, despite its untimeliness. The Court ordered respondents to respond to the motion by February 13, 2026. Order, Dkt. No. 17. Respondents Immigration and Customs Enforcement and the Department of Homeland Security filed a response stating that they do not oppose the motion. Resp., Dkt. No. 19. Respondent Warden Castro filed a notice taking no position separate from the other respondents and joining in their position. Notice, Dkt. No. 18. The motion is unopposed, and the Court finds the motion well taken.

    **IT IS THEREFORE ORDERED** that Petitioner's *Motion to Permit Late Filing of Reply to Motion to Dismiss* (**Dkt. No. 16**) is **GRANTED**.

    **SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE