UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**NASIR BORISOV,**

    **Petititoner,**

v.                                                                                           **Civ. No. 25-1315 JB/GJF**

**DORA CASTRO, Warden, Otero Processing Center, et al.,**

    **Respondents.**

### ORDER SETTING HEARING VIA ZOOM

**Date and time:**  Monday, March 9, 2026, at 2:00 p.m. MT

**Matters to be heard:**  *Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241* (Dkt. No. 1)

Petitioner's *Notice of Motion and Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction; Memorandum of Points and Authorities* (Dkt. No. 3)

Respondents' *Motion to Dismiss Petition for a Writ of Habeas Corpus* (Dkt. No. 11)

**IT IS ORDERED** that counsel for the parties shall appear for a Zoom[1] hearing on the above motion**.** Client attendance is not required.

---

[1] Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1611802479

Meeting ID: 161 180 2479
Passcode: 149980

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE